1  Jack Silver, Esq. SBN 160575
2  Jerry Bernhaut, Esq. SBN 206264
   Law Office of Jack Silver
3  Post Office Box 5469
   Santa Rosa, CA 95402-5469
4  Tel.   (707) 528-8175
   Fax.   (707) 528-8675
5  lhm28843@sbcglobal.net

6  Attorneys for Plaintiff
   NORTHERN CALIFORNIA RIVER WATCH
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12 NORTHERN CALIFORNIA RIVER           **CASE NO.   C08-01686 WHA**
   WATCH, a non-profit corporation,
13
                                       **PLAINTIFF'S CERTIFICATE OF**
14          Plaintiff,                 **INTERESTED ENTITIES OR PERSONS**
       v.                              **[L.R. 3-16]**
15
   WASTE MANAGEMENT, INC.,
16 REDWOOD LANDFILL, INC. and
   DOES 1-10, Inclusive,
17
            Defendants
18                                      /

19

20      Pursuant to Civil L.R. 3-16, plaintiff certifies that as of this date, other than the named parties

21 to this action, plaintiff is aware of no other entities or persons having either any financial interest in these

22 proceedings or any other kind of interest which could be substantially affected by the outcome of these

23

24 proceedings.

25

26 Dated: April 3, 2008              /s/ Jerry Bernhaut
                                     JERRY BERNHAUT
27                                   Attorney for Plaintiff
                                     NORTHERN CALIFORNIA RIVER WATCH
28