John Lynn Smith (SBN 154657)
Julia C. Butler (SBN 199133)
Joonsik Maing (SBN 240927)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   +1 510 763 2000
Facsimile:   +1 510 273 8832

Attorneys for Specially Appearing Defendant
Waste Management, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WASTE MANAGEMENT INC., REDWOOD LANDFILL, INC. and DOES 1-10, inclusive,<br><br>Defendants. | No. C-08-01686 WHA<br><br>**DECLARATION OF LINDA J. SMITH IN SUPPORT OF SPECIALLY APPEARING DEFENDANT WASTE MANAGEMENT, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date:         July 17, 2008<br>Time:         8:00 a.m.<br>Place:        Courtroom 9<br>Compl. Filed: March 27, 2008<br><br>Honorable William H. Alsup |

I, Linda J. Smith, declare:

1. I am the Corporate Secretary of Specially Appearing Defendant Waste Management, Inc. ("WMI"). I am familiar with the general business organization and operation of WMI and I have personal knowledge of the following facts and could and would testify to them if called as a witness. I make this declaration in support of WMI's 12(b)(2) Motion to Dismiss.

2. WMI is a holding company that neither provides services to, nor conducts business with, customers. WMI was incorporated in Oklahoma in 1987 under the name "USA Waste Services, Inc.," and was reincorporated as a Delaware company in 1995. In a 1998 merger, the Oakbrook, Illinois based waste services company, formerly known as Waste Management, Inc., became a wholly-owned subsidiary of USA Waste Services, Inc. Following that merger, Waste Management, Inc. changed its name to Waste Management Holdings, Inc. ("WM Holdings"), and USA Waste Services, Inc., the parent company, changed its name to Waste Management, Inc. WMI's principal executive offices are located in Houston, Texas.

3. The phrase "Waste Management" is a service mark, as is "WM Waste Management," used in connection with the offering of waste services throughout the United States. As described in all of its filings with the Securities and Exchange Commission, WMI is a holding company that conducts substantially all operations through its subsidiaries. WMI's only assets generally are the stock of its subsidiaries. These operating subsidiaries, which employ their own personnel in connection with their business operations, use the "Waste Management" and "WM Waste Management" service marks to advertise the offering of their services and to show their affiliation with WMI. WMI has consented to the use of its federally registered service marks by the operating subsidiaries; however, this usage, as described, only indicates that the separate legal entities are "affiliates" (as that term is defined in the federal securities laws).

08-CV-01686 WHA    – 2 –    DOCSOAK-9909047.6-JMAING

DECLARATION OF LINDA J. SMITH IN SUPPORT OF SPECIALLY APPEARING DEFENDANT WASTE MANAGEMENT, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTIONS

4. Redwood Landfill, Inc., the company that owns and operates Redwood Landfill, is an indirect subsidiary of WMI. Redwood Landfill, Inc. is a subsidiary of USA Waste of California, Inc., which is a subsidiary of WM Holdings, which is a subsidiary of WMI. Redwood Landfill, Inc. is a separate and distinct corporate entity from WMI.

5. WMI does not directly own or operate Redwood Landfill. WMI does not directly own, or have any direct ownership rights in, any physical property or equipment in the State of California.

6. WMI does not conduct, transact or solicit business in the State of California. WMI is not registered or licensed to conduct business in the State of California.

7. WMI does not have any employees working in the State of California.

8. WMI does not have any offices in the State of California.

9. All of WMI's administrative and executive functions are primarily carried out in the State of Texas, and not in the State of California.

10. WMI maintains its own separate and appropriate corporate minutes and records as required under the laws of the jurisdiction in which it is incorporated. Such corporate minutes and records of WMI are not intermingled with the corporate minutes or records of any of its subsidiaries.

11. WMI and its subsidiaries each have their own corporate officers and directors.

12. WMI does not maintain a registered agent for service of process in the State of California.

1.    13.   WMI has no bank accounts in the State of California.

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on May 29, 2008, in Houston, Texas.

                              */s/ Linda J. Smith*
                              Linda J. Smith

08-CV-01686 WHA     -4-     DOCSOAK-9909047.6-JMAING 5/29/08 10 12 AM

DECLARATION OF LINDA J. SMITH IN SUPPORT OF SPECIALLY APPEARING DEFENDANT WASTE MANAGEMENT, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

REED SMITH LLP
A limited liability partnership formed in the State of Delaware