John Lynn Smith (SBN 154657)
Julia C. Butler (SBN 199133)
Joonsik Maing (SBN 240927)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:  +1 510 763 2000
Facsimile:  +1 510 273 8832

Attorneys for Specially Appearing Defendant
Waste Management, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WASTE MANAGEMENT INC., REDWOOD LANDFILL, INC. and DOES 1-10, inclusive,<br><br>Defendants. | No. C-08-01686 WHA<br><br>**[PROPOSED] ORDER**<br><br>Date:            July 17, 2008<br>Time:           8:00 a.m.<br>Place:          Courtroom 9<br>Compl. Filed:  March 27, 2008<br><br>Honorable William H. Alsup |

Specially Appearing Defendant Waste Management, Inc.'s 12(b)(2) Motion to Dismiss Plaintiff Northern California River Watch's Complaint ("Motion") came on regularly in this Court on July 17, 2008 at 8:00 a.m. Jack Silver, Esq. and Jerry Bernhaut, Esq. of the Law Offices Jack Silver appeared on behalf of the Plaintiff Northern California River Watch and John Lynn Smith, Esq., Julia Butler, Esq. and Joonsik Maing, Esq. of Reed Smith LLP appeared on behalf of Specially Appearing Defendant Waste Management, Inc. ("WMI")

1  Having considered the papers and evidence submitted by the parties and arguments of
2  counsel, the Court orders that the Motion is GRANTED and this case is DISMISSED as to WMI.

4  DATED: _____, 2008

   _____
   Honorable William H. Alsup
   United States District Court Judge