REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   John Lynn Smith (SBN 154657)
    Email: jlsmith@reedsmith.com
2   Julia C. Butler (SBN 199133)
    Email: jbutler@reedsmith.com
3   Joonsik Maing (SBN 240927)
    Email: jmaing@reedsmith.com
4   REED SMITH LLP
    1999 Harrison Street, Suite 2400
5   Oakland, CA  94612-3572

6   **Mailing Address:**
    P.O. Box 2084
7   Oakland, CA  94604-2084

8   Telephone:    +1 510 763 2000
    Facsimile:    +1 510 273 8832
9
    Attorneys for Specially Appearing Defendant
10  Waste Management, Inc.

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

14  NORTHERN CALIFORNIA RIVER WATCH, a      No. C-08-01686 WHA
    non-profit corporation,
15                                          **AMENDED NOTICE OF SPECIALLY
              Plaintiff,                     APPEARING DEFENDANT WASTE
16                                           MANAGEMENT, INC.'S 12(b)(2) MOTION
        vs.                                  TO DISMISS**
17
    WASTE MANAGEMENT INC., REDWOOD         Date:        August 7, 2008
18  LANDFILL, INC. and DOES 1-10, inclusive, Time:       8:00 a.m.
                                            Place:       Courtroom 9
19            Defendants.                   Compl. Filed: March 27, 2008

20                                          Honorable William H. Alsup

21

22        **TO THE HONORABLE COURT, THE PARTIES AND THEIR ATTORNEYS**

23  **OF RECORD:**

24        Pursuant to Rule 7-7 of the Northern District of California Civil Local Rules,

25  Specially Appearing Defendant Waste Management, Inc. ("WMI") submits this amended notice of

26  motion to continue the hearing date for its 12(b)(2) motion to dismiss, which was filed on June 3,

27  2008 ("Motion") and originally noticed for July 17, 2008.

28  / / / / /

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

1    PLEASE TAKE NOTICE that on August 7, 2008 at 8:00 a.m., or as soon thereafter

2  as the matter may be heard before the Honorable William H. Alsup of the United States District

3  Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California

4  94102, WMI will and hereby does move the Court, pursuant to Rule 12(b)(2) of the Federal Rules of

5  Civil Procedure, for dismissal of Plaintiff Northern California River Watch's Complaint against

6  WMI for lack of personal jurisdiction.

7    The Motion is based on the ground that WMI lacks sufficient minimum contacts with

8  the State of California for the Court to constitutionally exercise personal jurisdiction over WMI.

9    The Motion is based on this Notice of Motion; the Memorandum of Points and

10  Authorities, Declaration of Linda J. Smith, and Request for Judicial Notice filed on June 3, 2008; the

11  pleadings and papers on file in this action; and upon such other matters as may be presented to the

12  Court at the time of the hearing.

13

14    DATED:  June 16, 2008.

15    REED SMITH LLP

16

17    By___/s/ Joonsik Maing_____
          John Lynn Smith

18        Julia C. Butler
          Joonsik Maing

19        Attorneys for Specially Appearing Defendant
          Waste Management, Inc.

20

21

22

23

24

25

26

27

28