John Lynn Smith (SBN 154657)
Email: jlsmith@reedsmith.com
Julia C. Butler (SBN 199133)
Email: jbutler@reedsmith.com
Joonsik Maing (SBN 240927)
Email: jmaing@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:  +1 510 763 2000
Facsimile:  +1 510 273 8832

Attorneys for Specially Appearing Defendant
Waste Management, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WASTE MANAGEMENT INC., REDWOOD LANDFILL, INC. and DOES 1-10, inclusive,<br><br>Defendants. | No. C-08-01686 WHA<br><br>**AMENDED NOTICE OF SPECIALLY APPEARING DEFENDANT WASTE MANAGEMENT, INC.'S 12(b)(2) MOTION TO DISMISS**<br><br>Date:          August 28, 2008<br>Time:         8:00 a.m.<br>Place:         Courtroom 9<br>Compl. Filed:  March 27, 2008<br><br>Honorable William H. Alsup |

**TO THE HONORABLE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 7-7 of the Northern District of California Civil Local Rules, Specially Appearing Defendant Waste Management, Inc. ("WMI") submits this amended notice of motion to continue the hearing date for its 12(b)(2) motion to dismiss from August 7, 2008 to August 28, 2008. WMI previously filed an amended notice [#20] continuing the hearing date from July 17, 2008 to August 7, 2008 but the docket doest not reflect that change for reasons unknown to WMI.

PLEASE TAKE NOTICE that on August 28, 2008 at 8:00 a.m., or as soon thereafter as the matter may be heard before the Honorable William H. Alsup of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102, WMI will and hereby does move the Court, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, for dismissal of Plaintiff Northern California River Watch's Complaint against WMI for lack of personal jurisdiction.

The Motion is based on the ground that WMI lacks sufficient minimum contacts with the State of California for the Court to constitutionally exercise personal jurisdiction over WMI.

The Motion is based on this Notice of Motion; the Memorandum of Points and Authorities, Declaration of Linda J. Smith, and Request for Judicial Notice filed on June 3, 2008; the pleadings and papers on file in this action; and upon such other matters as may be presented to the Court at the time of the hearing.

DATED: July 9, 2008.

REED SMITH LLP

By /s/ *Julia C. Butler*
John Lynn Smith
Julia C. Butler
Joonsik Maing
Attorneys for Specially Appearing Defendant
Waste Management, Inc.

DOCSOAK-9912616.1