UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>    Plaintiff,<br><br> vs.<br><br>WASTE MANAGEMENT INC., REDWOOD LANDFILL, INC. and DOES 1-10, inclusive,<br><br>    Defendants. | No. C08-01686 WHA<br><br>**CASE MANAGEMENT ORDER**<br><br>Date:    July 17, 2008<br>Time:    11:00 a.m.<br>Place:    Courtroom 9<br>Compl. Filed: March 27, 2008<br>Trial Date:  None Set<br><br>Honorable William H. Alsup |

## **CASE MANAGEMENT ORDER**

The Joint Case Management Statement filed July 10, 2008 is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court orders:

Dated: _____

                  UNITED STATES DISTRICT JUDGE

DOCSOAK-9912885.1