**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>July 17, 2008</u>

Case No.  <u>C08-1686 WHA</u>

Title: Northern CA River Watch v. Waste Management

Plaintiff Attorneys:    Joseph Bernhart

Defense Attorneys:   Julia Butler

Deputy Clerk: <u>Frank Justiliano</u>

Court Reporter: Katherine Wyatt

**PROCEEDINGS**

1)   <u>Case Management Conference  - Held.</u>

2)   _____

Continued to <u>**9/18/08 at 11:00 a.m.**</u>   for Status

**ORDERED AFTER HEARING:**

Counsel informed the Court that a settlement has been filed ;however,  45 days is needed for the attorney general and EPA to review and approve the settlement.