John Lynn Smith (SBN 154657)
Email: jlsmith@reedsmith.com
Julia C. Butler (SBN 199133)
Email: jbutler@reedsmith.com
Joonsik Maing (SBN 240927)
Email: jmaing@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:   +1 510 763 2000
Facsimile:   +1 510 273 8832

Attorneys for Specially Appearing Defendant
Waste Management, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WASTE MANAGEMENT INC., REDWOOD LANDFILL, INC. and DOES 1-10, inclusive,<br><br>Defendants. | No. C-08-01686 WHA<br><br>**NOTICE OF WITHDRAWAL OF SPECIALLY APPEARING DEFENDANT WASTE MANAGEMENT, INC.'S 12(b)(2) MOTION TO DISMISS**<br><br>Date:          August 28, 2008<br>Time:         8:00 a.m.<br>Place:        Courtroom 9<br>Compl. Filed:  March 27, 2008<br><br>Honorable William H. Alsup |

**TO THE HONORABLE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT, as a result of the settlement of this action, pursuant to Rule 7-7 of the Northern District of California Civil Local Rules, Specially Appearing Defendant Waste Management, Inc. ("WMI") withdraws its 12(b)(2) motion to dismiss Plaintiff Northern

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  California River Watch's Complaint against WMI for lack of personal jurisdiction set to be heard on
2  August 28, 2008 at 8:00 a.m.

4      DATED: July 22, 2008.

5      REED SMITH LLP

7  By   /s/ Julia C. Butler
    John Lynn Smith
8      Julia C. Butler
    Joonsik Maing
9      Attorneys for Specially Appearing Defendant
    Waste Management, Inc.

12  DOCSOAK-9913839.1